IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:08-CV-117-GCM**

| | | |
|---|---|---|
| RICHARD SCHWARTZ, | ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| v. | ) ) | |
| D.R. HORTON, INC., a Delaware Corp., | ) ) | |
| Defendant. | ) ) | |

    THIS MATTER is before the court on its own motion. The Parties filed their Certification and Report of Rule 26(f) Conference and Discovery Plan [doc. 8] on May 21, 2008. Prior to entering the Pre-Trial Order, an Initial Pretrial Conference will be held in Chambers. All parties are directed to appear for this conference on **Tuesday, June 17, 2008 at 2:15 p.m.**.

    IT IS SO ORDERED.

Signed: June 4, 2008

Graham C. Mullen
United States District Judge