**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:08-CV-117-GCM**


RICHARD SCHWARTZ,              )
                                         )
             Plaintiff,        )
                                         )
v.                                  )
                                       )
D.R. HORTON, INC., a Delaware Corp.  )
                                       )
           Defendant.     )


## ORDER GRANTING DEFENDANT'S MOTION TO STAY AND COMPEL ARBITRATION

THIS MATTER came to be heard upon Defendant D.R. Horton, Inc.'s Motion to Stay and Compel Arbitration [doc. 11]. Upon obtaining consent of Plaintiff Richard Schwartz [doc. 13] and having reviewed the Court's file, the Court rules as follows:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant's Motion to Stay and Compel Arbitration is GRANTED insofar as the parties are ORDERED to submit their claims to arbitration as set forth under the terms of the Arbitration Agreement attached to the Affidavit of Paula Hunter-Perkins [doc. 11-2].

IT IS SO ORDERED.

                                  Signed: September 5, 2008

                                  Graham C. Mullen
                                  United States District Judge